UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE DELAGARDELLE | CIVIL ACTION |
| VERSUS | NO. 08-1581 |
| ROBERT TAPPIN, WARDEN | SECTION "J"(2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Wayne DeLaGardelle for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and the petition **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE